UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MONTE EARL JOHNSON,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | CIVIL ACTION NO. |
| VS.           ) | |
| ) | 3:15-CV-0794-G (BH) |
| DALLAS POLICE DEPARTMENT,           ) | |
| acting on behalf of the City of Dallas,           ) | |
| Texas,           ) | |
| ) | |
| Defendant.           ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. The plaintiff's application to proceed in forma pauperis, filed March 10, 2015 (docket entry 3) is **DENIED**, and the case will be dismissed by separate judgment for failure to prosecute or follow court orders.

SO ORDERED.

May 7, 2015.

                                                /s/ A. Joe Fish
                                                A. JOE FISH
                                                **Senior United States District Judge**